# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| TRACEY TERRELL GRADY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-CV-00041-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSAN WHITE | ) | |
| FNU DULA | ) | |
| FNU HAMILTON | ) | |
| FNU BUTLER | ) | |
| FNU SHILLING | ) | |
| FNU MAYNOR, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2016, Order.

Signed: December 5, 2016

Frank G. Johns, Clerk
United States District Court